AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Wester District of Texas (Austin)  [▼]

| | |
|---|---|
| Lisa Sheets | ) |
| *Plaintiff* | ) |
| v. | ) |
| Scott & White Hospital - Marble Falls | ) |
| *Defendant* | ) |

Civil Action No. 1:23-cv-00028-DAE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

                                                                                          .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David A. Ezra _____ on a motion for

   for Summary Judgment.  Plaintiff's claims in this case are hereby DISMISSED WITH PREJUDICE.

                                                                                          .

Date: 07/21/2025

**Philip J. Devlin**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*